# IN THE SUPREME COURT OF IOWA

No. 17–0794

Polk County No. CVCV053097

ORDER

**DIANNA HELMERS,**
    Plaintiff-Appellant,

vs.

**CITY OF DES MOINES, IOWA,**
    Defendant-Appellee.

---

The court, being evenly divided, declares this case affirmed by operation of law. *See* Iowa Code § 602.4107 (2001).

Waterman, Mansfield, and Christensen, JJ., would affirm the judgment of the district court; Cady, C.J., and Wiggins and Appel, J., would reverse the judgment of the district court.

Copies to:

Jamie Lynn Hunter
Dickey & Campbell PLC
301 East Walnut Street, Suite 1
Des Moines, IA 50309

John O. Haraldson
Assistant County Attorney
602 Robert D. Ray Drive
Des Moines, IA 50309